ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: HENSON (Last Name)     JAMES (First Name)     — MI     N70390 ID#

07 C 50223

Facility: PNK

☐ Grievance (Local Grievance # (if applicable)): _____ or ☐ Correspondence

Received: 12, 6, 06 Date     Regarding: Medical/Child tratent

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

**Misdirected:**
- ☒ Contact your correctional counselor regarding this issue.  Regarding PINCKNEYVILLE issues
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. → PONTIAC
- ☐ This office previously addressed this issue on ___/___/___ Date     → on PINCKNEYVILLE ISSUES
- ☐ No justification provided for additional consideration.

Other (specify): X for for Pontiac 10/4/06 to ARB 12/6/06 — out of 60 days

Completed by: BRIAN FAIRCHILD (Print Name)     Brian Fairchild (Signature)     1, 2, 07 Date

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Distribution: Offender; Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

| | | |
|---|---|---|
| Date: 11-28-06 | Committed Person: (Please Print) Henson | ID#: N-70390 |
| Present Facility: Pinckneyville | Facility where grievance issue occurred: Pontiac and P-ville | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [x] Other (specify): medical neglect

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 9-1-06 Pontiac C.C. Psych. Doctors, Garlik, Fisher, and Angus recommended that I be transferred to Dixon Special treatment center for treatment but instead I was sent here on 10-4-06 where I've only seen a Psych once and my requests to see one have been ignored, and my conditions have become worse such as hearing voices again, etc... If the People at Dixon don't like me then at least I could go some place like Illinois River C.C. where I had gotten good psych care before   See reverse

Relief Requested: Min., or medium security Psych treatment Placement for People like me.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

James Henson   N-70390   11, 28, 06
Committed Person's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
DEC 6 2006
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature   Date

Distribution: Master File; Committed Person   Page 1   DOC 0046 (Eff.10/2001) (Replaces DC 5657)
Printed on Recycled Paper

I have documentation from my own psych Doctor with April, 2006 datings Stating I have schizoaffective disorder (Schitzofrenia with manic depression). I Also being treated for Anxiety Attacks, panic Attacks, and Seizure disorder. This place is no place for me, I only getting worse here having Suicidal thoughts and hearing voices. People Should have listened to Dr. Fischer, and Dr. Angus. Dixon Sucks, a Guard beat me up there, but I need help I can't get here. I'm being neglected here.

You can Have Papers from my own doctor But I can't get copys right now.