FILED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

R3028

NOV 1 3 2007 07 C 5 0 2 23

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Offender: _____ _____ ___ N70390
                    Last Name                First Name              MI        ID#

Facility: _____Pinckneyville_____    07 C 5 0 2 23

☑ Grievance (Local Grievance # (if applicable): _____;    or    ☐ Correspondence

Received: __1 / 8 /07__    Regarding: _Placement; Medication (10/31/06)_
                    Date                                                      (12/2/06)

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:    Administrative Review Board
                                                                        Office of Inmate Issues
                                                                        1301 Concordia Court
                                                                        Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                                319 E. Madison St., Suite A
                                Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____ .
                                                              Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: _____    _____    4/30/07
                        Print Name                        Signature                    Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

# COMMITTED PERSON'S GRIEVANCE

| Date: 1-10-07 | Committed Person: (Please Print) Henson | | ID#: N-70390 |
|---|---|---|---|
| Present Facility: Pinckneyville | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [X] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [X] Disability **Pursuant to**
- [X] Other (specify): **Americans with disabilities Act**

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** In addition to Facts stated in 12-14-06 grievance to A.R.B. Re. Same above indicated nature(s), I'm herein stating more recent related facts, occurences subsequent to such Transfer denial and inappropriate placement in Facility where I am.
On Nov. 28, 2006 I was placed in seg. and wrongfully punished via. Kangaroo court type methods I'm sure you'll become aware of soon— not directly relevant here, but the results are, along with my chief complaint noted in preceeding 12-14-06 correspondence.
The following facts will explain that I'm in a facility with a warden with staff who don't/can't care for someone like me: See reverse

**Relief Requested:** Appropriate placement,                    (Page 2)
A formal A.R.B. Hearing if necessary so I can present facts written herein   Please

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature _James Henson_      ID# N-70390      Date 1/11/07

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

## EMERGENCY REVIEW

**RECEIVED**
Date Received JAN 18 2007
OFFICE OF INMATE ISSUES

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

(a special needs inmate). What you read is based on documented fact, can be supported with witnesses: (nurses, seg. officer). I'm only using medical matters aspect as example of misplacement pursuant to the A.D.A. because others like myself get the treatment center placement they need and I'm not. I'll grieve med. matters differently. On Oct. 31, 06 Physician's Asst. Gary Gerst increased my dilantin (seizure med.) dosage without any E.E.G., M.R.I., or blood work info. while knowing I was stable and suffering from the med's. Side affects already, along with my other med. side affects. On 11-28-06 after taken to seg. I was denied all of my medication and the officers did nothing to protect my rights. On 11-29-06 I wrote the warden an emergency grievance because of the uncontrolled Seg. noise environment (worse than Pontiac), but he denied the Emergency factor leaving me not enough time for a needed timely remedy. I re-wrote the same as non emergency with still no response. Subsequently I had nervous breakdowns and began hearing voices again and did for a while. On 12-21-06 a Shrink finally answered my requests, saw me, put me on suicide watch, and ordered another additional medication, still hasn't checked up on me. On 12-21-06 my dilantin packets were taken from me by the Seg. guards, and subsequently had a seizure late Christmas night, I told a C/O Jones as soon as I could (@ 12:20 Am) explaining my symptoms: Dazed, confused, side of head/face numb, and that I had no dilantin for many days. Jones called a nurse and told me a nurse said "He already got his meds" and it was left at that; no medical staff even saw me then, or even noted/followed up on the occurance. I should have immediately had at least an E.E.G., but in fact never had one here at all. C/O Jones didn't protect my rights by acting to get me help after I told him I didn't have dilantin for many days since placed on watch, I didn't even get dilantin after Jones and nurse were aware. For over a week I kept telling staff I wasn't getting dilantin with no result. Jones told me the nurse said to "Put in a sick call" which I couldn't do untill I was taken off watch on the 26th after therapyst, Wallace, got back from vacation. Then I was allowed a pen to write a sick call, but still didn't get dilantin untill after released from seg. on Dec. 28. I got dilantin packets again on 29th I went 8 days without. I'm including the not substantiated 11-29-06 Form at risk of misplacement only, but without other original forms mentioned in related 12-14-06 & mailed to A.R.B., impending Psych. transfer Notice, Evaluations by my own Psych. with G.A.F. of 30, forms showing I'm being charged money for followup medical care. — only because for Since I've been here, my requests for copies have been ignored. I want you to have them without risk of inadvertent loss.

See Page 3

Notice. 11-8-06 factor indicated by Pontiac Counselor, Russell on 9-29-06 form enclosed only as example, and I ask you why and how can this factor be disregarded at this facility?

Maybe Dixon C.C. won't have me because a % there beat me up. At the Dixon transfer hearing I could see that matters were being "swept under the rug" by the S.T.C. Administrator and Dr. Weiner who said nothing was psychologicly wrong with me, Stating my diagnosis was "Poly Substance abuse," - even though the only drugs I ever had were prescribed by a Psych.- and "Anti Social Personality"- which before Dixon was treated as 'Social Anxiety disorder' (A serious illness which in itself makes me a special needs inmate patient) ➡. Weiner stated simply in summary "You're an asshole" before they discussed in front of me "The worse place to send me" (Pinckneyville), but I've still been on moodcontrol, depression, and Anxiety meds. that I can't function without, And who are they now to assume ▓▓▓ After a whole year I'm not doing worse than ever - I am - without respecting Pontiac's Professional's recommendations, herein noted factors, and what I've been through since my 3-15-06 Parole to the streets of Rockford (illegal) where my Records Re. Dixon occurances were destroyed while walking the streets, freezing in a wet Snowstorm after this Prison put me on a bus to the wrong City (Elgin, IL), witnesses can verify like I already stated. As to Dixon Occurances; I mailed you a Grievance. This Prison won't Give/Sell me copies.

I can prove with documents and witnesses that I did my best in Rockford and my home area (McHenry county) to cope on my own iniative: Homeless shelters, D.H.S., Soc. Security, Housing authority, Churches, County Jail ministry, legal advocats, counselor, caseworker, doctor Appts. I drove myself to panic attack and nervous breakdown. If I'm not Placed in a treatment center I'll only become worse like I gradually have been over years. This Place is and can only make me worse. It already has. I don't have much time, I want help now. I'm not to the point of no return, I know I'm not, but I'm too close. Please help me. I'll be worth it ●

If Dixon won't have me, IL River at least had a med. wing with really good care/staff. It's better than this at least. People like me Just don't get better here.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: | Committed Person: (Please Print) | ID#: |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____ / ____ / ____   _____
Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: _____

_____

Relief Requested: _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ ____/____/____
Committed Person's Signature   ID#   Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ _____ ____/____/____
Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
JAN 18 2007
OFFICE OF INMATE ISSUES

_____ ____/____/____
Chief Administrative Officer's Signature   Date

| Date: 11-29-06 | Committed Person: (Please Print) Henson | ID#: N-70390 |
|---|---|---|
| Present Facility: PnK | Facility where grievance issue occurred: PnK | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☒ Disability
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify): Placement.
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____/_____/_____
           Date of Report                Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: I'm a Psych Patient., I have a Seizure disorder, I take 3 medications for my Illnesses., I was put in 5-B-27 last night. my neighbors in cells 26 and 28 yell like crack babies untill 3:00 Am and stated they will continue to do it deliberately so I won't sleep after I asked them to keep it down. If I'm kept awake in this way after I take my meds. I will experience Seizures, Anxiety Attacks, panic Attacks, Suicidal thoughts, etc.... my disability should be taken into consideration with my placement, I can't live here.

Relief Requested: Please move me to a Smaller Seg. unit / Quiter after P.m. med. time

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____Jamie Henson_____    N-70390    11 / 29 / 06
   Committed Person's Signature         ID#          Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | resubmitted and returned |
|---|---|

Date Received: _____/_____/_____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277   as is

Response: _____

**RECEIVED**
**JAN 18 2007**
**OFFICE OF INMATE ISSUES**

_____      _____      _____/_____/_____
Print Counselor's Name         Counselor's Signature         Date of Response

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: 12 / 1 / 06    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                             ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

DEC 2006
RECEIVED
PINCKNEYVILLE C.C.
WARDENS OFFICE

_____Ken Bain_____                           12 / 4 / 06
Chief Administrative Officer's Signature         Date

Emergency

emergency

Q5251837