J. Henson, N-70390
c/o Pinckneyville Prison
Box 999
Pinckneyville, IL 62274

Legal
mail

U.S. District Court Clerk
211 S. Court St.
Rockford, IL 61101



INMATE CORRESPONDENCE IL DOC

$04.90
Mailed From 62274
11/07/2007
US POSTAGE