# Certificate of Service Proof of Mailing

TO:

U.S. District Court Clerk
211 S. Court St.
Rockford, IL 61101

**FILED**

NOV 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C50223

Notice is hereby given that I, James Henson have caused 1 (one) package of legal written material to be delivered to the person(s) at the above indicated address via U.S. Mail on the below indicated date.

The Undersigned hereby certifies the above Notice to be true, and has caused the above indicated material to be delivered to the above indicated address by depositing same into the U.S. Mail within the confines of Pinckneyville, IL. Prison on nov. 6, 07, and that the below signature is the genuine signature of James Henson.

Subscribed and Sworn to me
on this date Nov 6, 2007

_Donna Heideman_
Notary public

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

James Henson
_James Henson_
Dated: 11-6, 2007