FILED

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

NOV 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

James R. Henson
_____
Plaintiff

Barczy, Davey, Chandler, IDOC transfer
coordinator, Roger Walker, Dr. Weiner,
Mike Yusak, Dennis Starnes, Sue Rose
_____
Defendant(s)

07 C 50 223

CASE NUMBER_____

JUDGE_____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires
more information than the space that is provided, attach one or more pages that refer to each such question number
and provide the additional information. Please PRINT:*

I, __James Henson__, declare that I am the ☒plaintiff ☐petitioner ☐movant
(other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed
without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also
declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in
the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the
following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒Yes        ☐No    (If "No," go to Question 2)
   I.D. #__N-70390__    Name of prison or jail: __Pinckneyville Prison__
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: __ranging from 0-10.00__

2. Are you currently employed?        ☐Yes        ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a.    If the answer is "No":
         Date of last employment: __Aprox. 10 years ago__
         Monthly salary or wages: __Seasonal wages varied__
         Name and address of last employer: __Chevron Roofing, Mchenry, IL 60051__

   b.    Are you married?        ☐Yes        ☒No
         Spouse's monthly salary or wages:_____
         Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you
   or anyone else living at the same address received more than $200 from any of the following
   sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.    Salary or wages                                    ☐Yes        ☒No
         Amount_____ Received by_____

b.      ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☒No
Amount_____Received by_____

c.      ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          ☒No
Amount_____Received by_____

d.      ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
         compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                              ☐Yes          ☒No
Amount_____Received by_____

e.      ☐ Gifts or ☐ inheritances          ☐Yes          ☒No
Amount_____Received by_____

f.      ☒Any other sources (state source: _Civil Settlement_ )   ☒Yes          ☐No
Amount_~~$200.~~_____Received by _Additional Space, information below_

4.   Do you or anyone else living at the same address have more than $200 in cash or checking or
     savings accounts?          ☐Yes          ☒No          Total amount:_____
     In whose name held:_____Relationship to you:_____

5.   Do you or anyone else living at the same address own any stocks, bonds, securities or other
     financial instruments?                              ☐Yes          ☒No
     Property:_____Current Value:_____
     In whose name held:_____Relationship to you:_____

6.   Do you or anyone else living at the same address own any real estate (houses, apartments,
     condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          ☒No
     Address of property:_____
     Type of property:_____Current value:_____
     In whose name held:_____Relationship to you:_____
     Amount of monthly mortgage or loan payments:_____
     Name of person making payments:_____

7.   Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
     homes or other items of personal property with a current market value of more than $1000?
                                                                              ☐Yes          ☒No
     Property:_____
     Current value:_____
     In whose name held:_____Relationship to you:_____

8.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute monthly to their support.  If none, check here ☒No dependents
     _____
     _____

3.   f. Other source: From Henson v. McHenry - 03 C 50480 - Civil
        $2,000.⁰⁰ compensation I gave to my Mother, I've been receiving
     random electronic wire deposits for food, clothing necessities. It
     was needed for future costs, but I keep losing weight (Physical issues). Funds
     now almost exausted, I'm 6"-1' and now only weigh 137 lbs. I can't afford
     filing fee, counsel, or future
     costs from year 2003, and more          -2-
     recent injuries and food, etc..

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _10-15-2007_

_____
Signature of Applicant

James R. Henson
_____
(Print Name)

-----------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, **James Henson** , I.D.# **N-70390** , has the sum of $ **5.07** on account to his/her credit at (name of institution) **Pinckneyville Correctional** I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $ **78.93** .

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

__10/23/07__
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

LISA D. FLOWERS
_____
(Print name)

rev. 7/18/02

Date: 10/23/2007       **Pinckneyville Correctional Center**       Page 1

Time:   9:53am         **Trust Fund**

d_list_inmate_trans_statement_composite       View Transactions

**Inmate: N70390 Henson, James**         **Housing Unit: PNK-R3-A -20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 104.48 |
| 04/06/07 | Point of Sale | 60 Commissary | 096713 | 375269 | Commissary | -18.21 | 86.27 |
| 04/10/07 | Point of Sale | 60 Commissary | 100758 | 375766 | Commissary | -23.38 | 62.89 |
| 04/12/07 | Payroll | 20 Payroll Adjustment | 102141 | | P/R month of 03/2007 | 4.42 | 67.31 |
| 04/16/07 | Disbursements | 90 Medical Co-Pay | 106341 | Chk #49738 | 221875, DOC: 523 Fund Inmate R, Inv. Date: 03/21/2007 | -2.00 | 65.31 |
| 05/02/07 | Point of Sale | 60 Commissary | 122758 | 376425 | Commissary | -39.60 | 25.71 |
| 05/11/07 | Mail Room | 10 Western Union | 131200 | 4386348210 | HENSON, VIRGINIA | 100.00 | 125.71 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131141 | | P/R month of 04/2007 | 3.74 | 129.45 |
| 05/16/07 | Disbursements | 80 Postage | 136341 | | 222204, IBF Postage, Inv. Date: 05/08/2007 | -4.20 | 125.25 |
| 05/17/07 | Point of Sale | 60 Commissary | 137758 | 379275 | Commissary | -73.16 | 52.09 |
| 05/29/07 | Point of Sale | 60 Commissary | 149713 | 380172 | Commissary | -46.52 | 5.57 |
| 06/05/07 | Mail Room | 10 Western Union | 156200 | 4756241126 | HENSON, VIRGINIA | 100.00 | 105.57 |
| 06/05/07 | Point of Sale | 60 Commissary | 156758 | 381379 | Commissary | -46.73 | 58.84 |
| 06/12/07 | Point of Sale | 60 Commissary | 163732 | 382163 | Commissary | -31.48 | 27.36 |
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166141 | | P/R month of 05/2007 | 10.00 | 37.36 |
| 06/21/07 | Point of Sale | 60 Commissary | 172713 | 383267 | Commissary | -12.29 | 25.07 |
| 06/30/07 | Mail Room | 10 Western Union | 181200 | 0671903963 | HENSON, VIRGINIA | 50.00 | 75.07 |
| 07/10/07 | Point of Sale | 60 Commissary | 191743 | 385472 | Commissary | -3.68 | 71.39 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194141 | | P/R month of 06/2007 | .34 | 71.73 |
| 08/07/07 | Point of Sale | 60 Commissary | 219724 | 388631 | Commissary | -30.21 | 41.52 |
| 08/14/07 | Point of Sale | 60 Commissary | 226743 | 389425 | Commissary | -6.80 | 34.72 |
| 08/18/07 | Mail Room | 10 Western Union | 230200 | 1582449848 | HENSON, VIRGINIA | 100.00 | 134.72 |
| 08/22/07 | Point of Sale | 60 Commissary | 234724 | 390627 | Commissary | -73.51 | 61.21 |
| 09/13/07 | Point of Sale | 60 Commissary | 256713 | 392428 | Commissary | -22.66 | 38.55 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257141 | | P/R month of 08/2007 | 5.10 | 43.65 |
| 09/26/07 | Point of Sale | 60 Commissary | 269724 | 393920 | Commissary | -43.44 | .21 |
| 09/29/07 | Mail Room | 10 Western Union | 272200 | 1702484617 | HENSON, VIRGINIA | 100.00 | 100.21 |
| 10/02/07 | Point of Sale | 60 Commissary | 275758 | 394590 | Commissary   *6 MONTHS* | -38.76 | 61.45 |
| 10/10/07 | Point of Sale | 60 Commissary | 283758 | 395478 | Commissary | -7.14 | 54.31 |
| 10/12/07 | Disbursements | 88 records | 285341 | Chk #51114 | 223553, Secretary Of State - D, Inv. Date: 10/12/2007 | -12.00 | 42.31 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 7.62 | 49.93 |
| 10/17/07 | Point of Sale | 60 Commissary | 290713 | 396578 | Commissary | -44.86 | 5.07 |

| | |
|---|---|
| **Total Inmate Funds:** | 5.07 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 5.07 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |