F I L E D

NOV 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 50 2 23    

11-5-07

Dear Judge,

I realize/understand that it may seem as though I'v pushed the 2 year limit deadline to file this complaint, but this is complicated especially for me being ill. files will show I've not been doing well. I've been here (this prison) for one year trying to get pro-Bono counsel-I've failed-. I hope this reaches your desk by the ~~3-15-06~~ deadline which I'm not exactly too sure is correct as I've tried to meet, given I wasn't actually paroled untill 3½ months after the 11-4-05 origin date indicated in this complaint. I Just don't Know. I've heard of tolling periods.(3-15-06)

Documents to completely Support my complaint do exist somewhere. Ones I don't have are not being made available to me even though I've tried to get copys with no results. I had copys, but they were destroyed in Rockford's 3-16-06 Snow storm after I was paroled to the Streets of Rockford after this prison's field service dept. only gave me transportation to Elgin, Knowing I was ordered to go to Rockford. forms I do have Such as ignored grievances, and Impending transfer orders by Psych. doctors to have me placed back in Dixon Prison PSych. facility,-completely ignored by I.D.O.C. Administrators since 9-1-2006 - and forms from my own psychiatrist completely conflicting with diagnosis as noted in my complaint - Also ignored by two Psych. doctors here who won't even see me any more, Although they do continue to refill my Psych-medications.

I'm Schitsoaffective among other conditions and I can't handle this matter on my own. I'll need a lawyer appointed again, and I Just can't get enough money for the filing cost. Thank you.