```
                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                        WESTERN DIVISION
```

JAMES R. HENSON,              )
                              ) Docket No.:  07 CV 50223
          Plaintiff,          )
                              )
     vs.                      ) Judge Frederick J. Kapala
                              )
BARCZY, ET AL.,               )
                              )
          Defendants.         )

## NOTICE OF MOTION

TO:  (See attached Service List)


YOU ARE HEREBY NOTIFIED that on __February 8, 2008__ at __9:00 a.m.__ or as soon as counsel may be heard, we shall appear before the Honorable Judge Frederick J. Kapala, or any judge sitting in his stead, in Room 220 of the United States District Court, Northern District, Western Division, Rockford, Illinois, and then and there present the enclosed Motion To Withdraw.


                                      s/ Gregory E. Tuite
                              GREGORY E. TUITE,
                              One of the Attorneys for Plaintiff

CERTIFICATE OF FILING AND SERVICE

    The undersigned, an attorney, hereby certifies that in accordance with Fed. R. Civ. P.5, LR 5.5 and the General Order on Electronic Case Filing (ECF), on January 15, 2008, the following documents:

    NOTICE OF MOTION
    MOTION TO WITHDRAW

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by mail (as designated) to the following:

```
JAMES R. HENSON, N-70390      (by certified mail)
Box 999
Pinckneyville, IL  62274

Defendant Officer Barczy      (by regular mail)
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

Defendant Lt. Davey           (by regular mail)
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

Warden Nedra Chandler,        (by regular mail)
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

IL Dept. of Corrections       (by regular mail)
Transfer Coordinator
1301 Concordia Ct.
Springfield, IL  62794

Defendant Roger Walker        (by regular mail)
Director of IL Dept. of Corrections
1301 Concordia Ct.
Springfield, IL  62794

Defendant Dr. Weiner          (by regular mail)
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

Defendant Mike Yusak          (by regular mail)
Paroled inmate Placement referral person
200 S. Wyman St., Rockford, IL  61101
```

```
Defendant Dennis Starnes       (by regular mail)
Parole Agent
Dept. of Corrections Parole Dept.
119 N. Church St.
Rockford, IL  61101

Defendant Sue Rose             (by regular mail)
McHenry County Housing Authority
1108 N. Seminary
Woodstock, IL  60098
```

                                                                                                    __s/ Gregory E. Tuite__
                                                        GREGORY E. TUITE
Attorney for Plaintiff
119 N. Church St., Suite 407
P. O. Box 59
Rockford, Illinois 61101
(815) 965-5777
(815) 962-6566 FAX