## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50223 | **DATE** | 2/08/2008 |
| **CASE TITLE** | HENSON vs. BARCZY | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for Gregory Tuite to withdraw as counsel is granted. Attorney Tuite to be returned to list of available counsel. The court appoints James W. Mertes, Pignatelli & Mertes, P.C., 102 East Rock Falls Road, Rock Falls, IL 61070, 815-626-0500 as counsel. Counsel to review Judge Kapala's order of January 3, 2008. Status hearing set for March 7, 2008 at 1:30 before Judge Mahoney to stand.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | GG |
|---|---|---|